ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

        -v.-                                      :     INFORMATION

SAMUEL SANTANA,                          :     07 Cr. 419 (SCR)

        Defendant.                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. On or about November 2, 2006, in the Southern District of New York and elsewhere, SAMUEL SANTANA, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that SAMUEL SANTANA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

3. It was a further part and an object of the conspiracy that SAMUEL SANTANA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, SAMUEL SANTANA, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York:

    a. On or about November 2, 2006, a co-conspirator not named herein ("CC-1") received in Yonkers, New York a package containing approximately one kilogram of heroin;

    b. On or about November 2, 2006, SAMUEL SANTANA, the defendant, received in the Bronx, New York the package, referred to above, containing approximately one kilogram of heroin, from CC-1.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney