# MANCUSO, RUBIN & FUFIDIO
ATTORNEYS AT LAW

ROBERT J. MANCUSO*
ANDREW A. RUBIN
GEORGE E. FUFIDIO, JR.**

* ADMITTED IN CT
** ADMITTED IN FL

ONE NORTH BROADWAY
SUITE 1502
WHITE PLAINS, NEW YORK 10601

TELEPHONE (914) 761-9200
FACSIMILE (914) 686-3478

**MEMO ENDORSED**

October 17, 2007

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

OCT 18 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

Re: USA v. Samuel Santana
 07 Cr 419 (SCR)

Dear Judge Robinson:

I am writing to confirm that our next scheduled conference date is November 20, 2007 at 12:00 P.M. I have spoken with AUSA Marcia Cohen, and she has informed me that Brandon Skolnick, your Courtroom Deputy, provided the new date. This case had appeared on your October 18, 2007 calendar.

The defense agrees to this continuance and would consent to the exclusion of this time under the Speedy Trial Act.

Very truly yours,

MANCUSO, RUBIN & FUFIDIO

George E. Fufidio, Jr.

GEF/pmr

cc: AUSA Marcia Cohen
United States Attorney's Office
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: _____

The time from October 18, 2007 to Nov. 20, 2007 is excluded from the Speedy Trial Act calculations in the interests of justice so the parties may have an appropriate chance to review discovery and discuss this matter.

SO ORDERED

Stephen C. Robinson
UNITED STATES DISTRICT JUDGE
10/18/07