---

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 5, 2007

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:   United States v. Samuel Santana
> 07 Cr. 419 (SCR)

Dear Judge Robinson:

I write on behalf of the Government to confirm that the next conference in the above-referenced case has been set for December 19, 2007 at 12:00 p.m.

The Government respectfully requests that time be excluded from today, up to and including December 19, 2007 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

*Time is excluded from 12/10/07 to 12/19/07 for the reasons set forth above and in the interests of justice.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc:   George Fufidio, Esq.

**SO ORDERED**

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
12/10/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____