

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 15, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

MEMO ENDORSED

    Re:  United States v. Samuel Santana
          07 Cr. 419 (SCR)

Dear Judge Robinson:

    I write on behalf of the Government to confirm that the next conference in the above-referenced case has been set for March 14, 2008 at 11:30 a.m.

    The Government respectfully requests that time be excluded from today, up to and including March 14, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

*Handwritten endorsement:* Time from 2/15 - 3/14/08 is excluded from the Speedy Trial Act calculation for the reasons set forth above and in the interests of justice.

APPLICATION GRANTED
/s/ Stephen C. Robinson
HON. STEPHEN C. ROBINSION

cc: George Fufidio, Esq.  2/16/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____