

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

## MEMO ENDORSED

March 20, 2008



Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Samuel Santana
           07 Cr. 419 (SCR)

Dear Judge Robinson:

     I write on behalf of the Government to confirm that the next conference in the above-referenced case has been set for April 11, 2008 at noon.

     The Government respectfully requests that time be excluded from today, up to and including April 11, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

*Speedy Trial*
*Time is excluded from March 20, 2008*
*to April 11, 2008 in the interests of justice*
*— for the reasons set forth above*
*SO ORDERED:*

*[signed] Stephen C. Robinson*
*3/20/08*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signed]*
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902

cc: George Fufidio, Esq.