

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 10, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Samuel Santana
           07 Cr. 419 (SCR)

Dear Judge Robinson:

      I write on behalf of the Government to request an adjournment of the next conference in the above-referenced case to May 15, 2008 at noon.

      The Government respectfully requests that time be excluded from today, up to and including May 15, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

*[Handwritten: Time is excluded from April 10, 2008 through May 15, 2008 from the Speedy Trial Act in the interests of justice for reasons set forth above.]*

**SO ORDERED**
*[Signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
*April 10, 2008*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[Signature]*
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc: George Fufidio, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____