

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**MEMO ENDORSED**

May 15, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:  United States v. Samuel Santana
>      07 Cr. 419 (SCR)

Dear Judge Robinson:

    I write on behalf of the Government to confirm that the conference in the above-referenced case has been adjourned to June 19, 2008 at noon.

    The Government respectfully requests that time be excluded from today, up to and including June 19, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

*[Handwritten:] The time from May 15, 2008, to June 19, 2008 is excluded from the Speedy Trial calculation in the interests of justice and for the reasons set forth above.*

SO ORDERED
_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
5/15/08

cc: George Fufidio, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____