

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 24, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:  United States v. Samuel Santana
          07 Cr. 419 (SCR)

Dear Judge Robinson:

    I write on behalf of the Government to confirm that the conference in the above-referenced case has been adjourned to September 4, 2008 at 1:30 p.m.

    The Government respectfully requests that time be excluded from today, up to and including September 4, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: *[signature]*
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902

SO ORDERED
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/25/08

cc: George Fufidio, Esq.