

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

## MEMO ENDORSED

September 4, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RECEIVED SEP 0 5 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

    Re: United States v. Samuel Santana
        07 Cr. 419 (SCR)

Dear Judge Robinson:

    I write on behalf of the Government to confirm that the conference in the above-referenced case has been adjourned to October 15, 2008 at 12:00 p.m.

    The Government respectfully requests that time be excluded from today, up to and including October 15, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. George Fufidio, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

*Time from Sept. 5, 2008 to October 15, 2008 is excluded from the Speedy Trial Act calculation in the interests of justice.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc: George Fufidio, Esq.

**SO ORDERED**

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
9/5/08